In the Matter of the Application of EDWIN DUFFEY, as Commissioner of Highways of the State of New York, Appellant, for a Peremptory Writ of Mandamus against JOHN J. CLARK, as County Treasurer of Onondaga County, Respondent.

*Matter of Duffey* v. *Clark,* 173 App. Div. 919, 1002, affirmed.
(Argued October 4, 1916; decided October 24, 1916.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered

May 23, 1916, which affirmed an order of Special Term denying a motion for a peremptory writ of mandamus to compel the county treasurer of Onondaga county to pay a draft drawn by the commissioner of highways to P. H. Murray, contractor, for $3,855.94, representing the final payment on account of the contract for the construction of the county highway known as No. 670, situate in the town of Salina, Onondaga county, N. Y., and alleged to be the remainder of the contract price due and owing from the county in the first instance, but ultimately chargeable to the said town, as the final payment on account of the contract price for the improvement of said highway. There was no controversy as to the facts involved, the question being whether the county of Onondaga in the first instance, and the town of Salina ultimately, were liable for the amount of said draft.

*Egburt E. Woodbury,* Attorney-General (*Edmund H. Lewis* of counsel), for appellant.

*Ray B. Smith* for respondent.

Order affirmed, with costs, no opinion.

Concur: HISCOCK, CHASE, CUDDEBACK, HOGAN, CARDOZO and POUND, JJ. Absent: WILLARD BARTLETT, Ch. J.